# COURT MINUTES

## Magistrate Judge Edwin G. Torres

King Building Courtroom 10-5     Date: 11/12/19    Time: 10:00 a.m.

Defendant: 2) Marcial Mina Angulo    J#: 18430-104    Case #: 19-20715-CR-WILLIAMS

AUSA: Ellen D'Angelo    Attorney: Victor Rocha, CJA

Violation: Consp to PWID Cocaine and Marijuana On Board A Vessel, PWID Cocaine and Marijuana

Proceeding: Arraignment     CJA Appt:

Bond/PTD Held: ☐ Yes ☐ No    Recommended Bond:

Bond Set at: $250,000 corporate surety w/nebbia    Co-signed by:

- ☐ Surrender and/or do not obtain passports/travel docs
- ☐ Report to PTS as directed/or _____ x's a week/month by phone: _____ x's a week/month in person
- ☐ Random urine testing by Pretrial Services _____ Treatment as deemed necessary
- ☐ Refrain from excessive use of alcohol
- ☐ Participate in mental health assessment & treatment
- ☐ Maintain or seek full-time employment/education
- ☐ No contact with victims/witnesses
- ☐ No firearms
- ☐ Not to encumber property
- ☐ May not visit transportation establishments
- ☐ Home Confinement/Electronic Monitoring and/or Curfew _____ pm to _____ am, paid by _____
- ☐ Allowances: Medical needs, court appearances, attorney visits, religious, employment
- ☐ Travel extended to:
- ☐ Other:

Language: Spanish

Disposition:
Defendant Arraigned

Reading of indictment Waived
~~Not Guilty plea entered~~
Jury trial demanded
Standing Discovery Order requested

Time from today to _____ excluded from Speedy Trial Clock

**NEXT COURT APPEARANCE**   Date:    Time:    Judge:    Place:

Report RE Counsel:

PTD/Bond Hearing:

Prelim/Arraign or Removal:

Status Conference RE:

D.A.R. 10:09:06     Time in Court: 1