UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.: 19-CR-20715

UNITED STATES OF AMERICA,

    Plaintiff,
vs.

MARCIAL MINA ANGULO,

    Defendant.
_____/

## UNOPPOSED MOTION FOR CONTINUANCE

**COMES NOW,** the Defendant, MARCIAL MINA ANGULO, by and through his undersigned counsel, and respectfully files his Motion for Continuance of the Calendar Call set herein and in support would state as follows:

1. This matter is set for Calendar Call before the Honorable Judge Kathleen Williams on December 3, 2019 at 11:00 a.m.

2. The undersigned counsel was appointed in this matter on October 28, 2019.

3. As of this date, the undersigned counsel has not received discovery but understands that it is being sent out via Federal Express today.

4. Undersigned counsel needs additional time in which to review discovery with the defendant and investigate information provided in order to adequately prepare for trial and to provide effective assistance of counsel.

5. The undersigned counsel is requesting an additional 60 days in which to reset this matter so that there is sufficient time in which it to prepare.

6. The undersigned counsel has communicated with Assistant United States Attorney Yvonne Rodriguez-Shack, who has no objection to a continuance based on the reasons stated herein.

7. This motion is made in good faith, without intent to hinder these proceedings or for the purpose of unnecessarily delaying them and in the best interests of justice.

WHEREFORE, the Defendant respectfully requests that this matter be continued for a period of (60) days based on the reasons stated herein.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was electronically filed with the Clerk of Court by using the CM/ECF system on this 26th of November, 2019.

>Respectfully submitted,
>**LAW OFFICES OF VICTOR E. ROCHA, P.A.**
>990 Biscayne Blvd, Suite O-903
>Miami, Florida 33132
>Tel: (305) 774-9111
>Fax: (305) 514-0987
>Email: rochalaw@gmail.com
>By: */s/ Victor E. Rocha*
>      Victor E. Rocha, Esq.
>      Fla Bar No.: 366382