UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.: 19-CR-20715

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

MARCIAL MINA ANGULO,

    Defendant.
_____/

## PROPOSED ORDER ON DEFENDANT'S UNOPPOSED MOTION FOR CONTINUANCE

THIS CAUSE having come before this court on Defendant's Unopposed Motion for Continuance, and the court being advised in the premises, it is hereupon,

**ORDERED AND ADJUDGED that:**

1. Defendant's Motion to Continue is hereby _____.

**DONE AND ORDERED** in chambers in Miami Dade County, Florida this ___day of _____, 2019.

_____
Honorable Kathleen M. Williams
U.S. District Court Judge

Copies Furnished:
Victor E. Rocha, Esq., AUSA